No. D–888. IN RE DISBARMENT OF RABEN. It is ordered that Ronald J. Raben, of St. Louis, Mo., be suspended from the practice

of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.